**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SHANNON TECOKO MAYS (1)**<br>**DIANA BROUSSARD MCCOY (2)** | § § § § § § § § § | **CASE NO. 1:14-CR-19 (RC/ZJH)**<br><br>**APPLIES TO ALL DEFENDANTS** |

## ORDER DENYING DEFENDANT'S MOTION FOR CONTINUANCE

Before the court is Defendant Diana Broussard McCoy's Motion for Continuance (Doc #63), and after considering the motion and reviewing the pleadings on file, the court finds that the motion should be **DENIED**.

The docket sheet in this case indicates that Defendant McCoy first appeared before Magistrate Judge Keith F. Giblin on October 21, 2014. The case was first set for trial on December 8, 2014 (Doc #57). On November 18, 2014, the Court granted a continuance from December 8, 2014, to January 12, 2015 (Doc #59).

This Court's crowded docket in three divisions has resulted in scheduling difficulties and this case requires a significant block of time, which was made available in January.

After considering the history of this case, the Court finds that the motion for continuance should be denied. It is, therefore, **ORDERED** that Defendant Diana Broussard McCoy's Motion for Continuance (Doc #63) is **DENIED.**

In the event a change of plea has not been entered prior to January 2, 2015, the parties are ordered to appear for Final Pretrial Hearing set for **January 8, 2015**, at **9:00 a.m.** and Jury Selection and Trial on **January 12, 2015**, at **9:00 a.m.**, in Jack Brooks Federal Courthouse, Beaumont, Texas.

So **ORDERED** and **SIGNED** this **17** day of **December, 2014.**

_____
Ron Clark, United States District Judge